BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 5:13-mj-00050 JLT |
| Plaintiff, | STIPULATION TO CHANGE DATE FOR PRELIMINARY HEARING |
| v. | Date: September 18, 2013<br>Time: 1:30 p.m.<br>Place: Courtroom Six<br>Hon: Barbara A. McAuliffe |
| Richard James, | |
| Defendant. | |

The parties agree that the preliminary hearing in this case, currently scheduled for September 11, 2013, be moved to September 18, 2013, at 1:30 p.m. before the duty magistrate in Fresno. The defendant has been released from custody, so the proposed new date is within that permitted by Federal Rule of Criminal Procedure 5.1(c).

DATED: September 5, 2013          Respectfully submitted,

                                  BENJAMIN B. WAGNER
                                  United States Attorney

                                  By: /s/ David Gappa
                                  DAVID GAPPA
                                  Assistant U.S. Attorney

1

1                                        /s/ Victor Chavez  
                                          VICTOR CHAVEZ  
2                                        Attorney for Richard James

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 5:13-mj-00050 JLT |
| | ) |
| | ) ORDER ON STIPULATION TO CHANGE |
| Plaintiff, | ) DATE FOR PRELIMINARY HEARING |
| | ) |
| | ) (Doc. 11) |
| v. | ) |
| | ) |
| | ) |
| Richard James, | ) |
| | ) |
| | ) |
| Defendant. | ) |

**ORDER**

It is ordered that the preliminary hearing for this case is now scheduled for September 18, 2013, at 1:30 p.m. before the Honorable Sheila K. Oberto.

IT IS SO ORDERED.

Dated: **September 5, 2013**            /s/ Jennifer L. Thurston
                                        UNITED STATES MAGISTRATE JUDGE

3