HEATHER E. WILLIAMS, Bar #122664
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RICHARD LEORY JAMES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:13-cr-00348 AWI BAM |
|---|---|---|
| Plaintiff, | ) | DEFENDANT'S WAIVER OF PERSONAL APPEARANCE;  ORDER |
| v. | ) | |
| RICHARD LEROY JAMES, | ) | |
| Defendant. | ) | |

The undersigned defendant Richard Leroy James, having been advised of his right to be present at all stages of the proceedings, including but not limited to presentation of arguments on questions of law, to present evidence in his own defense, to appear at status conferences, hereby waives his right to be present in person in open court upon the hearing of any motion or other proceeding in this cause, including but not limited to status conference, motions hearing, when a continuance is ordered, and requests the court to allow his attorney to represent his interests in court on such dates, defendant having specifically given said attorney prior verbal authorization to make such appearance on his behalf and to request the Court to schedule any and all appropriate hearings relating to Defendant's matter. Defendant further hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver, and

-1-

allow his attorney-in-fact to represent his interests at all times.  This request is made pursuant to Fed.R.Crim.P. 43(b)(3).

     Mr. James makes this request because he resides in Caliente, California, approximately 2-1/2 hours away.  He would prefer to attend court only when it is necessary to the conduct of his case.

                                        Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

DATED: September 17, 2013                        /s/ Victor M. Chavez
                                        VICTOR M. CHAVEZ
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        Richard Leroy James

DATED:  September 17, 2013                      /s/ Richard L. James
                                        RICHARD LEROY JAMES
                                        Defendant

## ORDER

**GOOD CAUSE APPEARING**, it is hereby ordered that Defendant's appearance may be waived.

IT IS SO ORDERED.

    Dated:   **September 17, 2013**                     /s/ Barbara A. McAuliffe
                                                  UNITED STATES MAGISTRATE JUDGE