1    HEATHER E. WILLIAMS, #122664
     Federal Defender
2    VICTOR M. CHAVEZ, Bar #113752
     Assistant Federal Defender
3    Designated Counsel for Service
     2300 Tulare Street, Suite 330
4    Fresno, CA  93721-2226
     Telephone: (559) 487-5561
5

6    Attorney for Defendant
     RICHARD LEROY JAMES
7

8                  IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,        )     No. 1:13-cr-00348 AWI-BAM
                                       )
12              *Plaintiff,*           )
                                       )     STIPULATION AND
13                                     )     ORDER TO CONTINUE CHANGE OF
          v.                           )     PLEA TO AUGUST 25, 2014
14                                     )
                                       )
15   RICHARD LEROY JAMES               )     DATE:      August 25, 2014
                                       )     TIME:      10:00 a.m.
16              *Defendant.*           )     JUDGE:     Hon. Anthony W. Ishii
     _____)
17

18        **IT IS HEREBY STIPULATED** by and between the parties hereto through their

19   respective counsel that the change of plea hearing currently scheduled for August 11, 2014, **be**

20   **continued to August 25, 2014 at 10:00 a.m. before the Hon. Anthony W. Ishii.**

21        This stipulation is necessary to accommodate Mr. James' need to see a medical specialist

22   on August 19, 2014.

23        The parties agree that any delay resulting from this request shall be excluded in the

24   interests of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(D),

25   3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

26   //

27   //

28   //

                                            BENJAMIN B. WAGNER

United States Attorney

DATED:  August 1, 2014          By      */s/ David L. Gappa*
                                        DAVID L. GAPPA
                                        Assistant United States Attorney
                                        Attorneys for Plaintiff


                                        HEATHER E. WILLIAMS
                                        FEDERAL DEFENDER


DATED:  August 1, 2014          By      */s/ Victor M. Chavez*
                                        VICTOR M. CHAVEZ
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        RICHARD LEROY JAMES

## ORDER

The change of plea hearing currently scheduled for  August 11, 2014 is continued to August 25, 2014 at 10:00 a.m.

The delay resulting from this request shall be excluded in the interests of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).


IT IS SO ORDERED.

Dated:  __August 1, 2014__          _____
                                        SENIOR  DISTRICT  JUDGE