**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
David. A. Torres, SBN 135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
RCHARD LEROY JAMES

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:13-cr-00348-JLT-BAM |
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE THE STATUS CONFERENCE** |
| vs. | |
| RICHARD LEROY JAMES, | |
| Defendant | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE CHRISPTOPHER D. BAKER AND DAVID L. GAPPA, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, RICHARD LEROY JAMES, by and through his attorney of record, DAVID A. TORRES, hereby requesting that the Status Conference currently set for Monday, July 29, 2024, be continued to Tuesday, September 3, 2024, at 2:30 p.m.

The matter of USA vs. Richard James is set for a Status Conference this afternoon at 2:30 p.m.  I recently met with Mr. James to discuss additional facts of his case and learned additional information contained within the forensic examination report.  I immediately contacted a computer forensic expert and consulted with him concerning the information received.  That information is currently developing.

1  I spoke with AUSA Dave Gappa this morning. I informed Mr. Gappa of the information
2 and he informed me that the government does not oppose the requested continuance.
3  As such, both the defense and the government mutually agree to continue the status to
4 September 3, 2024 at 2:30 p.m.

6  **IT IS SO STIPULATED.**

7                                                            Respectfully Submitted,

8 DATED: July 29, 2024                           */s/ David A. Torres*
                                                                   DAVID A. TORRES
9                                                              Attorney for Defendant
                                                                   RICHARD LEROY JAMES
10

12 DATED: July 29, 2024                           */s/David Gappa*
                                                                   DAVID L. GAPPA
13                                                            Assistant U.S. Attorney

16                                              **ORDER**

17  **IT IS SO ORDERED** that the Status Conference be continued to Tuesday September 3,
18 2024 at 2:30 p.m.
19 IT IS SO ORDERED.
20   Dated:   **July 29, 2024**                    _____
21                                                            UNITED STATES MAGISTRATE JUDGE